January 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS,**
Appellant

NO. 14-11-00651-CV                          V.

**NATHAN JOHNSON, ERNEST GREY, AND MARY CALLIS,** Appellees
_____

   This cause, an appeal from the judgment in favor of appellees, Nathan Johnson, Ernest Grey, and Mary Callis, signed July 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, Metropolitan Transit Authority of Harris County, Texas, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.